
11089710
$92.31
4/19/10

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE                                              06-2594

ANGELIQUE N. CRITTENDEN          B-06-02384-K

Debtor

IT APPEARING from the check filed herein, that the funds belonging to the estate of the above-named debtor have been disbursed in accordance with orders entered herein, excepting the individual listed herein: Angelique N. Crittenden, 236 Cambridge Ave., Apt. 2, Buffalo, NY 14215-3734

AND IT

FURTHER APPEARING that more than ninety (90) days have elapsed since distribution

Albert J. Mogavero, the Trustee herein, hereby remits to the Clerk of the U.S. Bankruptcy Court for the Western District of New York the sum of $92.31 representing unclaimed funds belonging to the above-named debtor.

Dated: April 16, 2010         /S/ ALBERT MOGAVERO
                              ALBERT J. MOGAVERO
                              CHAPTER 13 TRUSTEE


FILED APR 19 2010 BANKRUPTCY COURT BUFFALO, N.Y.