*receipt # 11090354*
*$92.31*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE: ANGELIQUE CRITTENDEN    BK: 06-02394 K

UNCLAIMED FUNDS

The funds belonging to the estate of the debtor named above, having been disbursed in accordance with applicable orders entered in the said case excepting the individual listed herein:
REFUND CHECK # 14952 FOR $92.31 DATED 02-25-2010
Mailed to: ANGELIQUE CRITTENDEN
236 CAMBRIDGE AVE #2, BUFFALO, NY 14215-3734    and it
APPEARING that more than ninety (90) days have elapsed since the final notices

For the said case, it is
Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 92.31 IN CHECK # 15121
Representing unclaimed funds.

DATED: 7-24-2010

_____
ALBERT J. MOGAVERO
TRUSTEE

FILED
AUG - 3 2010
BANKRUPTCY COURT
BUFFALO, N.Y.